No. 85–810. MICHIGAN UNITED FOOD & COMMERCIAL WORKERS UNIONS ET AL. v. BAERWALDT, COMMISSIONER OF INSURANCE OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–811. WILSON ET UX. v. SEARS, ROEBUCK & CO. C. A. 8th Cir. Certiorari denied.

No. 85–812. VANTERPOOL ET UX. v. HESS OIL VIRGIN ISLANDS CORP. C. A. 3d Cir. Certiorari denied.

No. 85–813. MINNESOTA TIMBER PRODUCERS ASSN., INC. v. AMERICAN MUTUAL INSURANCE COMPANY OF BOSTON. C. A. 8th Cir. Certiorari denied.

No. 85–814. KAPLUS v. PHILLIPS ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–817. AJAC TRANSMISSION PARTS CORP. ET AL. v. TRANSGO, INC. C. A. 9th Cir. Certiorari denied.

No. 85–818. BLACK ET AL. v. WYCHE. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 85–819. AIR LINE STEWARDS & STEWARDESSES ASSN., LOCAL 550, TWU, AFL–CIO, ET AL. v. AMERICAN AIRLINES, INC. C. A. 7th Cir. Certiorari denied.

No. 85–820. NORWOOD v. INA LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–823. GEORGIA DEPARTMENT OF MEDICAL ASSISTANCE v. BOWEN, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–826. GOLIN v. BROOKHAVEN NATIONAL LABORATORY. C. A. 2d Cir. Certiorari denied.

No. 85–827. STEVENS ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Francisco. Certiorari denied.